## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JENNY RUBIN; DEBORAH RUBIN; DANIEL MILLER; ABRAHAM MENDELSON; STUART E. HERSCH; RENAY FRYM; NOAM ROZENMAN; ELENA ROSENMAN; and TZVI ROZENMAN, | Case No. 2:05-x-71387-VAR<br><br>HON. VICTORIA A. ROBERTS |
|                 Plaintiffs-Judgment Creditors,<br>vs. | **STIPULATED ORDER<br>REGARDING MOTION<br>TO DISMISS BY DIA AND UM** |
| THE ISLAMIC REPUBLIC OF IRAN, (a/k/a Iran, The Republic of Iran, Republic of Iran, The Government of Iran, Iranian Government, and Imperial Government of Iran); THE IRANIAN MINISTRY OF INFORMATION AND SECURITY; AYATOLLAH ALI HOSEINI KHAMENEI; ALI AKBAR HASHEMI-RAFSANJANI and ALI FALLAHIAN-KHUZESTANI, | |
|                 Defendants-Judgment Debtors,<br>vs. | |
| BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN a/k/a THE REGENTS FOR THE UNIVERSITY OF MICHIGAN; UNIVERSITY OF MICHIGAN; THE UNIVERSITY MUSEUM OF ART; KELSEY MUSEUM OF ARCHAEOLOGY; and THE DETROIT INSTITUTE OF ARTS, | |
|                 Trustee Process Defendants. | |

_____/

| | |
|---|---|
| Berton K. May (P42317)<br>Bruce A. Sucher (P46781)<br>MAY & SUCHER, PLLC<br>Attys. for Plaintiffs-Judgment Creditors<br>5777 W. Maple Rd., Ste. 180<br>West Bloomfield, MI 48322<br>(248) 626-5555 | Debra A. Kowich (P43346)<br>Office of the VP & General Counsel<br>The University of Michigan<br>Attys. for Board of Regents of The<br>University of Michigan and its Museums<br>503 Thompson St., Rm. 4010<br>Ann Arbor, MI 48109-1340<br> (734) 764-0304 |

I. W. Winsten (P30528)
Douglas C. Salzenstein (P59288)
Attorneys for the Detroit Institute of Arts
2290 First National Building
Detroit, Michigan 48226-3583
(313) 465-7608
_____/

At a session of the United States District Court
for the Eastern District of Michigan held on
<u>August 25, 2005</u>

Present:
Hon. Victoria A. Roberts

This matter having come before the Court on the stipulation of the parties and the Court being otherwise fully advised of the premises;

IT IS HEREBY ORDERED that Plaintiff-Judgment Creditors shall have until October 24, 2005 to file a Response to the Motions to Dismiss filed by the Detroit Institute of Arts and the Board of Regents of the University of Michigan.  The Detroit Institute of Arts and the Board of Regents of the University of Michigan shall each have twenty one (21) days after the filing of Plaintiff Judgment Creditor's Response Brief to file a Brief in Reply.

IT IS ORDERED.

<u>S/Victoria A. Roberts</u>
Victoria A. Roberts
United States District Judge

Dated:  August 25, 2005

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 25, 2005.

s/Carol A. Pinegar
Deputy Clerk

Stipulated as to form, content and entry:

_____
/s/ Berton K. May (P42317)
Attorney for Plaintiff-Judgment Creditors
bkmay@maysucher.com


_____
/s/I. W. Winsten (P30528)
Douglas C. Salzenstein (P59288)
Attorneys for the Detroit Institute of Arts
IWinsten@honigman.com


_____
/s/Debra A. Kowich (P43346)
Attorney for the Board of Regents of
The University of Michigan
dkowich@umich.edu